IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 04-cv-1520-WDM-PAC

KEVIN L. McKINNEY,

    Applicant,

v.

DISTRICT ATTORNEY, ARAPAHOE COUNTY, et al.;
KEN SALAZAR, Attorney General of the State of Colorado,

    Respondents.

## ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE

Miller, J.

This matter is before me on the recommendation of Magistrate Judge Patricia A. Coan, issued April 25, 2005, that petitioner's Application for Writ of *Habeas Corpus* be dismissed in its entirety. Mr. McKinney filed a timely objection to the recommendation. 28 U.S.C. § 636(b).

When timely objections to a magistrate's recommendation are made, a district court must review *de novo* those issues to which specific objections are made. 28 U.S.C. § 636(b). However, *de novo* review is not required as to those issues where no objection is made. *Id.*; *Summers v. Utah,* 927 F.2d 1165, 1167.

Although McKinney's objection to the recommendation was timely, it focused mainly on re-arguing the facts of the case. In addition, McKinney's objection could also be construed as an argument about whether or not the state court's finding of probable cause was justified. However, the recommendation is appropriately based

on the only relevant issue in this case: whether or not McKinney was afforded "an opportunity for full and fair litigation of [his] Fourth Amendment claim." *See Stone v. Powell,* 428 U.S. 465, 494 (1976). McKinney's objection makes no attempt to argue that Magistrate Judge Coan was incorrect in finding that he had a full and fair opportunity in state court. Therefore, McKinney is not entitled to *de novo* review because he has not objected to the only relevant issue. *See* 28 U.S.C. § 636(b)*; Battle v. U.S. Parole Comm'n,* 834 F.2d 419, 421 (5th Cir. 1987). However, even if I liberally construe McKinney's objection to somehow raise a relevant issue, and review *de novo,* the result in this case is the same.

Having reviewed the pertinent portions of the record in this case, including the petition for writ of *habeas corpus*, the respondent's answer, the state court record, and Magistrate Judge Coan's recommendation, I agree with the recommendation. McKinney did have a full and fair opportunity to litigate his Fourth Amendment claims in state court.

Accordingly, it is ordered:

1. The recommendation issued by Magistrate Judge Coan on April 25, 2005, is accepted.

2.  The application for writ of habeas corpus is denied, and this case is dismissed with prejudice.

DATED at Denver, Colorado, on September 19, 2005.

BY THE COURT:

/s/ Walker D. Miller
United States District Judge