IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01520-WDM-PAC

KEVIN L. McKINNEY,

    Applicant,

v.

DISTRICT ATTORNEY, ARAPAHOE COUNTY, et al;
KEN SALAZAR, Attorney General of the State of Colorado,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 22 2005

GREGORY C. LANGHAM
CLERK

## ORDER DENYING CERTIFICATE OF APPEALABILITY

Miller, Judge

Applicant has filed a notice of appeal from my final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody and dismissing the action. I have reviewed the file and find that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

ORDERED that a certificate of appealability will not be issued.

DATED at Denver, Colorado this 22 day of September, 2005.

BY THE COURT:

/s/ 

JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO