IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.  04-cv-1520-WDM-PAC

KEVIN L. McKINNEY,

    Petitioner,

v.

DISTRICT ATTORNEY, ARAPAHOE COUNTY, et al.;
KEN SALAZAR, Attorney General of the State of Colorado,

    Respondents.

**ORDER ON MOTION TO ALTER, AMEND, OR RECONSIDER JUDGMENT**

Miller, J.

This matter is before me on Petitioner's Motion to Alter, Amend, or Reconsider Judgment, dated October 18, 2005.  Petitioner moves, pursuant to either Fed. R. Civ. P. 59(e) or 60(b)(6), for the Court to reconsider its September 19, 2005 Order that dismissed Petitioner's Application for Writ of *Habeas Corpus.*

Having reviewed the motion, I find that it should be denied.  First, Petitioner's motion was not filed within ten days of the Order.  Thus, it is not timely under Fed. R. Civ. P. 59(e) and I am not permitted to extend the time limit.  *See* Fed. R. Civ. P. 6(b). Second, I find that Petitioner has failed to demonstrate sufficient cause justifying relief under Fed. R. Civ. P. 60(b)(6).  Moreover, "[r]ule 60(b) is 'not available to allow a party merely to reargue an issue previously addressed by the court when the reargument merely advances new arguments or supporting facts which were available for

presentation at the time of the original argument.'" *FDIC v. United Pacific Ins. Co.*, 152 F.3d 1266, 1272 (10th Cir. 1998) (quoting *Cashner v. Freedom Stores, Inc.*, 98 F.3d 572, 577 (10th Cir. 1996)).

Accordingly, it is ordered that Petitioners Motion to Alter, Amend, or Reconsider Judgment, dated October 18, 2005 (Docket No. 59) is denied.

DATED at Denver, Colorado, on October 26, 2005.

BY THE COURT:


/s/ Walker D. Miller
United States District Judge